THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR05-0155JLR |
| Plaintiff, ) | |
| ) | ORDER GRANTING |
| v. ) | GOVERNMENT'S |
| ) | MOTION TO DISMISS |
| YUSEF ABDUL-AZIZ, ) | WITHOUT PREJUDICE |
| ) | |
| Defendant. ) | |
| _____) | |

THIS MATTER having come before the Court on the Government's Motion For Leave To Dismiss Without Prejudice, and the Court having considered the motion, together with the balance of the records and files herein, the Court now finds and rules as follows:

///

///

///

ORDER GRANTING GOVT'S MOTION TO DISMISS
WITHOUT PREJUDICE/ABDUL-AZIZ/CR05-155JLR - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1     For the reasons set forth in the Government's Motion, the Court hereby grants leave to dismiss, without prejudice, the indictment in this matter with respect to defendant Yusef Abdul-Aziz.  It is therefore ORDERED that the indictment in the above-captioned matter is dismissed, without prejudice, as to Yusef Abdul-Aziz.

    DATED this 8th day of June, 2005.

    s/James L. Robart
    _____
    United States District Court Judge

Presented by:

s/ Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
WSBA # 28857
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-2462
Facsimile: (206) 553-2422
E-Mail: karyn.s.johnson@usdoj.gov

s/ Todd Greenberg
TODD GREENBERG
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-2636
Facsimile: (206) 553-4440
E-Mail: todd.greenberg4@usdoj.gov

ORDER GRANTING GOVT'S MOTION TO DISMISS
WITHOUT PREJUDICE/ABDUL-AZIZ/CR05-155JLR - 2